MCGREGOR W. SCOTT
United States Attorney
HENRY Z. CARBAJAL III
JUSTIN GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>LINDA EXPOSE,<br><br>  Defendant. | CASE NO. 1:18-CR-00044 DAD-BAM<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER<br><br>DATE: January 25, 2021<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Dale A. Drozd |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on October 14, 2020, at 9:00 a.m.

2. By this stipulation, the parties move to continue sentencing for defendant until **January 25, 2021, at 9:00 a.m.**

3. The parties request the continuance so that defendant Expose and counsel have adequate additional time and opportunity to prepare for the sentencing hearing. Due to extenuating circumstances, defense counsel is not available for the sentencing hearing on the previously ordered

1

date, necessitating a continuance.  The parties therefore stipulate and request that the current date set for sentencing be vacated and that the matter be re-set for sentencing on January 25, 2021, at 9:00 a.m., which is expected to afford the parties adequate time to prepare and allow for continuity of counsel.

    4.    The parties further stipulate and request that the deadlines set for informal objections to the Probation Office and formal objections to the Court be reset in accordance with the continued sentencing date.

IT IS SO STIPULATED.

DATED:    October 6, 2020

                      /s/ Henry Z. Carbajal III
                      HENRY Z. CARBAJAL III
                      Assistant United States Attorney

DATED:    October 6, 2020

                      /s/Michael Aed
                      MICHAEL AED
                      Counsel for Defendant
                      LINDA EXPOSE

## **O R D E R**

Pursuant to the stipulation of the parties, the sentencing hearing set for October 14, 2020, will be continued to January 25, 2021 at 10:00am in Courtroom 5.

IT IS SO ORDERED.

Dated:   **October 6, 2020**                                   /s/ Dale A. Drozd
                                                        UNITED STATES DISTRICT JUDGE