LAW OFFICE OF MICHAEL J. AED
Michael J. Aed SBN 204090
2115 Kern Street, Suite #1
Fresno, California 93721
Telephone: (559) 825-4600
Facsimile: (559) 272-8411
michael@legalaed.com

Attorney for Defendant.
LINDA EXPOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LINDA EXPOSE,<br><br>    Defendant | Case No.: 1:18CR00044<br><br>STIPULATION TO CONTINUE JANUARY 26, 2021 SENTENCING; ORDER<br><br>DATE: JANUARY 26, 2021<br>TIME: 10:00 A.M.<br>LOCATION: #5<br>COURT: HON. JUDGE DALE A. DROZD |
|---|---|

   IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective attorneys of record, that the parties' January 26, 2021 sentencing hearing may be continued to 10:00 AM on May 24, 2021.

   The parties (AUSA and Defense Counsel) base this stipulation on good cause as follows:

   Linda Expose is currently set for sentencing on January 25, 2021. She is out of custody. She resides in Salida, CA. California is currently monitoring counties in order to assess the risk of spread of Covid-19 in each county. Fresno County is on the County Monitoring List for Covid-19 which means that individuals within that county are at an elevated risk of exposure. Ms. Expose has a documented diagnosis of Sickle Cell Anemia for which she has an

uncontroverted disability. Her diagnosis also puts her at an elevated health risk if exposed to Covid-19.

On or after January 22, 2020 and after a plea was entered on this matter, the parties became aware that the Stanislaus County DA's office had filed a felony complaint, CR-20-000731, against Ms. Expose on January 13, 2020 alleging a violation of PC 487(d)(1) – Grand Theft Auto and PC 467a(a) – Insufficient Funds related to an offense date of June 30, 2017. According to court records, a warrant was issued on or about January 29, 2020. Ms. Expose subsequently posted bond on March 2, 2020. The matter was set for arraignment on March 30, 2020. Due, in part, to Covid-19 concerns, the matter was continued for further hearing on July 7, 2020 in the Stanislaus Superior Court. At that time the matter was further continued to August 10, 2020. As of today's date, a further pre-trial has been scheduled for April 6, 2021. Defense counsel will continue to try to make contact with her lawyer in Stanislaus County.

Defense counsel has been coordinating with the AUSA regarding updates on the new Stanislaus case filing. Defense counsel has been trying to assist Ms. Expose in coordinating a disposition of the Stanislaus case that contemplates the plea that has already been reached in this matter. However, because defense counsel has not been appointed or retained to represent Ms. Expose on the Stanislaus matter, attempts to communicate with representatives from the DA's office have been met with negative results. The parties agree that a stipulation is appropriate in order to allow those issues to be resolved prior to proceeding to sentencing on Ms. Expose's case. The parties will continue to meet and confer about this issue and advise the court of any updates.

For the reasons stated above, the stipulated continuance will conserve time and resources for both parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161(h)(7)(B)(ii).

Dated this 21st day of January, 2021

/s/ Justin Gilio

Justin Gilio
Assistant United States Attorney

Dated this 21st day of January, 2021.

/s/ Michael J. Aed

Michael J. Aed
Attorney for Defendant
LINDA EXPOSE

## **ORDER**

GOOD CAUSE APPEARING, the Court grants the stipulation of the parties. The sentencing in this matter is hereby continued to May 24, 2021 at 10:00 A.M.

IT IS SO ORDERED.

Dated:   **January 21, 2021**

UNITED STATES DISTRICT JUDGE