Carolyn D. Phillips,  #103045
Attorney-At-Law
P.O. Box 5622
Fresno, California  93755-5722
Telephone: (559)248-9833
Facsimile:  (559) 248-9820

Attorney for Defendant LINDA EXPOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-44  DAD |
| Plaintiff, | STIPULATION AND EXPEDITED ORDER TO DEFER SELF-SURRENDER FROM FEBRUARY 2, 2022 TO **MARCH 4, 2022**, DUE TO THE ILL HEALTH OF DEFENDANT |
| v. | |
| LINDA EXPOSE, | |
| Defendant. | |

TO THE HONORABLE DALE A. DROZD, JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

Each party by and through their respective counsel stipulate and agree that defendant Linda Exposé's current self-surrender date of February 2, 2022 should be extended to **March 4, 2022**, based on Ms. Exposé's recent illness and hospitalization, and frequent I.V. treatments for sickle cell anemia.

This Court sentenced Ms. Exposé to 24 months of incarceration on August 9, 2021, with a surrender date of February 2, 2022, for a violation of 18 U.S.C. §

1

1028A(a)(1), aggravated identity theft.  See ECF Doc. 60.  Ms. Exposé is not in custody and is neither a danger to the community nor a flight risk.

Given the quickly approaching date of surrender, the parties request an expedited order deferring Ms. Exposé's surrender date from February 2, 2022, to March 4, 2022.

**IT IS SO STIPULATED.**

Dated:  January 31, 2022                    Respectfully submitted,

/s/ Carolyn D. Phillips
Carolyn D. Phillips
Attorney for Defendant
LINDA EXPOSE

Dated: January 31, 2022                    PHILLIP A. TALBERT
United States Attorney

By: /s/ Henry Carbajal
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America

## FINDINGS AND ORDER

**IT IS SO FOUND AND ORDERED** that due to defendant's recent illness and need for I.V. treatments to address her sickle cell anemia, defendant Linda Exposé's surrender date of February 2, 2022, is extended to **March 4, 2022**.  The defendant is ordered to self-surrender directly to the designated Bureau of Prisons facility on that date, at 2:00

2

p.m.  If a facility has not been designated, she is ordered to surrender to the United States Marshal for the Eastern District at 2500 Tulare Street, Rm. 3501, Fresno, California, on the same date and time.

IT IS SO ORDERED

Dated:  1/31/2022

District Judge Dale A. Drozd

3