Carolyn D. Phillips,  #103045
Attorney-At-Law
P.O. Box 5622
Fresno, California  93755-5722
Telephone: (559)248-9833
Facsimile:  (559) 248-9820

Attorney for Defendant LINDA EXPOSE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-44  DAD |
| *Plaintiff,* | EXPEDITED UNOPPOSED MOTION FOR AN ORDER EXTENDING DEFENDANT'S SELF-SURRENDER FROM MARCH 4, 2022, TO <u>APRIL 5, 2022</u>; ORDER |
| v. | |
| LINDA EXPOSE, | |
| *Defendant.* | |

_____

TO THE HONORABLE DALE A. DROZD, JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

Ms. Exposé by and through her counsel moves this Court for an Order extending her current release date of March 4, 2022, to April 5, 2022.  This motion is based on Ms. Exposé's current COVID-19 infection, pneumonia, and sickle cell crisis, as outlined by her treating physician, Dr. Aye Min Soe, in her letter dated February 23, 2022. The letter is attached as Exhibit A and filed under seal.  This motion is not opposed by the government "in light of the medical documentation".

1

On August 9, 2021, this Court sentenced Ms. Exposé to twenty-four months imprisonment for a violation of 18 U.S.C. § 1028A(a)(1), aggravated identity theft.  The Court set a self-surrender date of February 2, 2022.  See Doc. 60.  Pursuant to a stipulation, the Court on January 31, 2022, extended the surrender date to March 4, 2022.  Doc. 77.  The basis for the extension was Ms. Exposé's hospitalization as a result of sickle cell crisis. As outlined in Dr. Soe's February 23, 2022 letter Ms. Exposé's medical situation has continued to worsen.  Dr. Soe describes Ms. Exposé as being in a medical crisis with possible fatal results.

Given Ms. Exposé's current serious medical conditions, it is respectfully requested that the surrender date be extended to April 5, 2022.

Dated:  February 24, 2022                    Respectfully submitted,

                                             /s/ Carolyn D. Phillips
                                             Carolyn D. Phillips
                                             Attorney for Defendant
                                             LINDA EXPOSE


## ORDER

**IT IS SO FOUND AND ORDERED** that due to defendant's current serious illness and medical conditions, the surrender date of **March 4, 2022, shall be extended to April 5, 2022**.

The defendant is ordered to self-surrender directly to the designated Bureau of Prisons facility on that date, at 2:00 p.m.  If a facility has not been designated, she is

2

ordered to surrender to the United States Marshal for the Eastern District at 2500 Tulare Street, Rm. 3501, Fresno, California, on the same date and time.


    IT IS SO ORDERED.

Dated:   **February 25, 2022**

_Dale A. Drozd_

_____
UNITED STATES DISTRICT JUDGE