1   Carolyn D. Phillips,  #103045
    Attorney-At-Law
2   P.O. Box 5622
    Fresno, California  93755-5722
3   Telephone: (559)248-9833
    Facsimile:  (559) 248-9820
4
5   Attorney for Defendant LINDA EXPOSE

6

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12   UNITED STATES OF AMERICA,              Case No. 1:18-cr-44  DAD

13        *Plaintiff*,                      EXPEDITED UNOPPOSED MOTION FOR AN
                                            ORDER EXTENDING DEFENDANT'S SELF-
14        v.                                SURRENDER FROM APRIL 5, 2022, TO **JUNE
                                            6, 2022**;  ORDER
15   LINDA EXPOSE,

16        *Defendant*.

17   _____

18       TO  THE  HONORABLE  DALE  A.  DROZD,  JUDGE  OF  THE  UNITED  STATES  DISTRICT

     COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:
19
20         Ms. Exposé by and through her counsel moves this Court for an Order extending

21   her current release date of April 5, 2022, to June 6, 2022.  This motion is based on Ms.

22   Exposé's continued pneumonia, unidentified infection, and sickle cell crisis, as outlined

23   by her treating physician, Dr. Aye Min Soe, in her letter dated March 28, 2022. The letter

                                                                                            1

is attached as Exhibit A and filed under seal.  This motion is not opposed by the government "in light of the medical documentation".

On August 9, 2021, this Court sentenced Ms. Exposé to twenty-four months imprisonment for a violation of 18 U.S.C. § 1028A(a)(1), aggravated identity theft.  The Court set a self-surrender date of February 2, 2022.  See Doc. 60.  Pursuant to a stipulation, the Court on January 31, 2022, extended the surrender date to March 4, 2022.  Doc. 77.  The basis for the extension was Ms. Exposé's hospitalization as a result of sickle cell crisis. The surrender date was again extended to April 5, 2022, due to Ms. Exposé's health.  See Doc. 78.

A further extension is necessary. As outlined in Dr. Soe's March 28, 2022, letter, Exhibit A, she is very concerned about Mr. Exposé's continued elevated white cell count and pneumonia.  Dr. Soe has scheduled tests to see if the results can help identify the source of these issues.  She asks that the doctors be given time to determine "what is going on".  In the meantime, the doctor has prescribed rest and continued in-home care.

Given Ms. Exposé's ongoing serious medical conditions, it is respectfully requested that the surrender date be extended to June 6, 2022.

Dated:  March 29, 2022                    Respectfully submitted,

                                          /s/ Carolyn D. Phillips
                                          Carolyn D. Phillips
                                          Attorney for Defendant
                                          LINDA EXPOSE

1

ORDER

2

   **IT IS SO FOUND AND ORDERED** that due to defendant's continued serious illness

3

and medical conditions, the surrender date of **April 5, 2022, shall be extended to June 6,**

4

**2022.**

5

   The defendant is ordered to self-surrender directly to the designated Bureau of

6

Prisons facility on that date, at 2:00 p.m.  If a facility has not been designated, she is

7

ordered to surrender to the United States Marshal for the Eastern District at 2500 Tulare

8

Street, Rm. 3501, Fresno, California, on the same date and time.

9

   IT IS SO ORDERED.

10

11

Dated:   **March 29, 2022**

12

_____
UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23