Carolyn D. Phillips   #103045
Attorney at Law
P. O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for defendant Linda Exposé

IN THE UNITED STATES DISTRICT COURT IN AND FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:18-cr-44 DAD |
|  | ) |  |
| Plaintiff, | ) | ORDER AUTHORIZING |
| v. | ) | THE FILING OF DOCUMENTS |
|  | ) | UNDER SEAL |
| LINDA EXPOSE, | ) |  |
|  | ) | (Local Rule 141) |
| Defendant. | ) |  |
| _____ ) | | |

   The Court has received the Notice of Request to Seal Documents and Request to

Seal Documents of Defendant Linda Exposé.  The document captioned <u>Exhibit A to

Defendant's Motion to Extend Surrender to June 6, 2022</u>, attached as Exhibit "A" to the

Request to Seal Documents, is ordered sealed and shall be filed and maintained under

seal pending further order of this Court of the order of any higher Court having jurisdiction over the matter.

//

//

GOOD CAUSE APPEARING;

IT IS SO ORDERED.

Dated: __**March 29, 2022**__

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE