Carolyn D. Phillips,  #103045
Attorney-At-Law
P.O. Box 5622
Fresno, California  93755-5722
Telephone: (559)248-9833
Facsimile:  (559) 248-9820

Attorney for Defendant LINDA EXPOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-44  DAD |
| Plaintiff, | STIPULATION AND EXPEDITED ORDER TO DEFER SELF-SURRENDER FROM JUNE 6, 2022 TO **JULY 21, 2022**, FOR MEDICAL REASONS |
| v. | |
| LINDA EXPOSE, | |
| Defendant. | |

**TO THE HONORABLE DALE A. DROZD, JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:**

Each party by and through their respective counsel stipulate and agree that defendant Linda Exposé's current self-surrender date of June 6, 2022, should be extended to **July 21, 2022**, based on Ms. Exposé's continued illness, current pneumonia, hospitalizations, and sickle cell crisis.

This Court sentenced Ms. Exposé to 24 months of incarceration on August 9, 2021, for a violation of 18 U.S.C. § 1028A(a)(1), aggravated identity theft.  See ECF Doc.

1

60. Ms. Exposé is not in custody and is neither a danger to the community nor a flight risk. Since sentencing Ms. Exposé has suffered significant health setbacks, including hospitalizations, repeated bouts of pneumonia, and acute sickle cell anemia crisis.

Both parties agree that further time is necessary to allow Ms. Exposé's health issues to resolve, allow the government to assess Ms. Exposé's medical documentation, and for the parties to confer with Ms. Exposé's treating physician

Given the quickly approaching date of surrender, the parties request an expedited order deferring Ms. Exposé's surrender date from June 6, 2022, to July 21, 2022.

**IT IS SO STIPULATED.**

Dated:  June 3, 2022                     Respectfully submitted,

                                         /s/ Carolyn D. Phillips
                                         Carolyn D. Phillips
                                         Attorney for Defendant
                                         LINDA EXPOSE

Dated: June 3, 2022                      PHILLIP A. TALBERT
                                         United States Attorney

                                         By: /s/ Henry Carbajal
                                         Assistant U.S. Attorney
                                         Attorneys for Plaintiff
                                         United States of America

2

## ORDER

**IT IS SO FOUND AND ORDERED** that due to defendant's ongoing illnesses, unresolved pneumonia and hospitalizations, defendant Linda Exposé's surrender date of June 6, 2022, is extended to **July 21, 2022**. The defendant is ordered to self-surrender directly to the designated Bureau of Prisons facility on that date, at 2:00 p.m. If a facility has not been designated, she is ordered to surrender to the United States Marshal for the Eastern District at 2500 Tulare Street, Rm. 3501, Fresno, California, on the same date and time.

IT IS SO ORDERED.

Dated: **June 3, 2022**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

3