Carolyn D. Phillips,  #103045
Attorney-At-Law
P.O. Box 5622
Fresno, California  93755-5722
Telephone: (559)248-9833
Facsimile:  (559) 248-9820

Attorney for Defendant LINDA EXPOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-44 DAD |
| Plaintiff, | STIPULATION AND EXPEDITED ORDER TO DEFER SELF-SURRENDER FROM JULY 21, 2022 TO **AUGUST 4, 2022**, TO CLARIFY DEFENDANT'S MEDICAL CONDITION |
| v. | |
| LINDA EXPOSE, | |
| Defendant. | |

TO THE HONORABLE DALE A. DROZD, JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

Each party by and through their respective counsel stipulate and agree that defendant Linda Exposé's current self-surrender date of July 21, 2022 should be extended to **August 4, 2022**, based on the need for medical records of Ms. Exposé's illness and current status of her sickle cell anemia.

This Court sentenced Ms. Exposé to 24 months of incarceration on August 9, 2021, with a surrender date of February 2, 2022, for a violation of 18 U.S.C. §

*STIPULATION AND PROPOSED EXPEDITED ORDER TO DEFER SELF-SURRENDER FROM JULY 21, 2022 TO AUGUST 4, 2022 DUE TO THE ILL HEALTH OF DEFENDANT*   1

1028A(a)(1), aggravated identity theft.  See ECF Doc. 60.  Ms. Exposé is not in custody and is neither a danger to the community nor a flight risk.

Given the quickly approaching date of surrender, the parties request an expedited order deferring Ms. Exposé's surrender date from July 21, 2022, to August 4, 2022.

**IT IS SO STIPULATED.**

Dated: July 19, 2022                                   Respectfully submitted,

                                                       /s/ Carolyn D. Phillips
                                                       Carolyn D. Phillips
                                                       Attorney for Defendant
                                                       LINDA EXPOSE

Dated: July 19, 2022                                   PHILLIP A. TALBERT
                                                       United States Attorney

                                                       By: /s/ Henry Carbajal
                                                       Assistant U.S. Attorney
                                                       Attorneys for Plaintiff
                                                       United States of America

*STIPULATION AND PROPOSED EXPEDITED ORDER TO DEFER SELF-SURRENDER FROM JULY 21, 2022 TO AUGUST 4, 2022 DUE TO THE ILL HEALTH OF DEFENDANT*     3

## FINDINGS AND ORDER

**IT IS SO FOUND AND ORDERED** that due to defendant's serious medical condition and need for records regarding her ongoing care for sickle cell anemia, defendant Linda Exposé's surrender date of July 21, 2022, is extended to **August 4, 2022**. The defendant is ordered to self-surrender directly to the designated Bureau of Prisons facility on that date, at 2:00 p.m. If a facility has not been designated, she is ordered to surrender to the United States Marshal for the Eastern District at 2500 Tulare Street, Rm. 3501, Fresno, California, on the same date and time.

IT IS SO ORDERED.

Dated: **July 20, 2022**
UNITED STATES DISTRICT JUDGE