Carolyn D. Phillips,  #103045
Attorney-At-Law
P.O. Box 5622
Fresno, California  93755-5722
Telephone: (559)248-9833
Facsimile:  (559) 248-9820

Attorney for Defendant LINDA EXPOSE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-44  DAD |
| *Plaintiff,* | EXPEDITED MOTION FOR AN ORDER EXTENDING DEFENDANT'S SELF-SURRENDER FROM AUGUST 4, 2022, TO **AUGUST 15, 2022**; DECLARATION OF COUNSEL;  ORDER |
| v. | |
| LINDA EXPOSE, | |
| *Defendant.* | |
| _____ | |

TO THE HONORABLE DALE A. DROZD, JUDGE OF THE UNITED STATES DISTRICT

COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

Ms. Exposé by and through her counsel moves this Court for an Order extending

her current release date of August 4, 2022, to August 15, 2022.  This motion is based on

Ms. Exposé's sickle cell crisis which has placed her in the Emergency Department of

Doctor's Medical Center this morning.  It is unknown whether Ms. Expose will be

admitted to the hospital or discharged, however, she is under an Order to surrender to

the custody of the Bureau of Prisons today be 2 p.m.  Please see the attached

Declaration of Counsel.

Given Ms. Exposé's medical emergency, it is respectfully requested that the surrender date be extended to August 15, 2022.

Dated:  August 4, 2022                    Respectfully submitted,

                                          /s/ Carolyn D. Phillips
                                          Carolyn D. Phillips
                                          Attorney for Defendant
                                          LINDA EXPOSE

## FINDINGS AND ORDER

**IT IS SO FOUND AND ORDERED** that due to defendant's medical emergency, the surrender date of **August 4, 2022, shall be extended to August 15, 2022**.

The defendant is ordered to self-surrender directly to the designated Bureau of Prisons facility on that date, at 2:00 p.m.  If a facility has not been designated, she is ordered to surrender to the United States Marshal for the Eastern District at 2500 Tulare Street, Rm. 3501, Fresno, California, on the same date and time.  No further continuances of the surrender date In this case will be granted absent a compelling showing supported by documentation and no such further request shall be presented without appropriate notice to the government.

IT IS SO ORDERED.

Dated:   **August 4, 2022**          _____
                                      UNITED STATES DISTRICT JUDGE

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23