UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LINDA R. EXPOSE,<br><br>    Defendant. | No. 1:18-cr-00044-NODJ BAM<br><br>ORDER REQUIRING THE GOVERNMENT TO RESPND TO § 2255 MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE<br><br>(Doc. No. 92) |

On August 9, 2021, following her entry of guilty plea to aggravated identity theft, the undersigned sentenced defendant Expose to the custody of the U.S. Bureau of Prisons for a term of twenty-four months with a 12 month term of supervised release to follow. (Doc. Nos. 59, 60.) Defendant appealed but her appeal was dismissed by the Ninth Circuit, with the court noting that she had waived any right to appeal her conviction and sentence. (Doc. No. 86.) Nonetheless, on August 3, 2022, defendant filed a motion to vacate, set aside or correct her sentence pursuant to 28 US.C. § 2255, in which she alleges only that she received ineffective assistance from her counsel in the trial court who, she alleges, coerced her guilty plea and then refused to file a motion to withdraw that guilty plea on her behalf. (Doc. No. 92.) Shortly thereafter, the undersigned moved to the Sacramento Courthouse of this district and the case was re-assigned. (Doc. No. 98.) Recently, the case has been reassigned again, this time to the NODJ caseload as the court awaits the confirmation to the vacancy in the Fresno courthouse. (Doc. No. 99.)

Recently, the status of the pending motion came to the court's attention. No response to the motion from the government has been filed.[1]

Accordingly,

1. The government is directed to file a response to the pending § 2255 motion (Doc. No. 92) within 21 days of the date of this order; and
2. Defendant may file a reply to the government's response within 14 days of its filing.

IT IS SO ORDERED.

Dated: **January 10, 2024**

　　　　　　　　　　　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] The U.S. Bureau of Prisons inmate locator indicates that defendant Expose was released from custody on November 3, 2023. Nonetheless, she would still be serving her term of supervised release at this time and her pending motion would therefore appear not to be moot. If defendant Expose no longer seeks the relief requested in the still pending motion, she shall file a notice with the court indicating that the pending motion is being withdrawn.